GRACE I. SAULSBURY, Appellant and Respondent, *v.* FRANK BRAUN et al., Respondents, and CITY OF ALBANY, Appellant, Impleaded with Others.

HARRY F.. SAULSBURY, Appellant and Respondent, *v.* FRANK BRAUN et al., Respondents, and CITY OF ALBANY, Appellant, Impleaded with Others.

(Argued November 23, 1928; decided December 7, 1928.)

*George A. Reilly, Corporation Counsel,* and *Anthony DeStefano* for the City of Albany, appellant.

*David Belkin* for plaintiffs, appellants and respondents.

*Walter S. Archibald* and *Nelson R. Pirnie* for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.